UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,        Case No: 2:19-cr-20128
-v-                                                Honorable Bernard A. Friedman
                                                      Magistrate Judge R. Steven Whalen

D-1 TARA LYNN LEE,

                Defendant.

## STIPULATION TO SUBSTITUTION
## OF ATTORNEYS FOR DEFENDANT

IT IS HEREBY STIPULATED AND AGREED by and between the parties that attorney PAUL STABLEIN, shall be substituted as retained attorney for Defendant, TARA LYNN LEE, in the place of CJA attorney SANFORD A. SCHULMAN, in the above-captioned matter.

.

/s/Sanford Schulman w/permission PJS    /s/Paul J. Stablein
Sanford A. Schulman                                Paul Stablein
Attorney for Defendant                               Paul Stablein, PLLC
                                                                    Attorney for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,         Case No: 2:19-cr-20128

-v-                              Honorable Bernard A. Friedman
                                  Magistrate Judge R. Steven Whalen

D-1 TARA LYNN LEE,

          Defendant.

## **ORDER**

Upon the filing and reading of the above Stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that PAUL STABLEIN, shall be substituted in the place of CJA attorney SANFORD A. SCHULMAN, as retained attorney for Defendant, TARA LYNN LEE, in the above cause.

**IT IS SO ORDERED.**

Dated: November 21, 2019        s/Bernard A. Friedman
       Detroit, Michigan          Bernard A. Friedman
                                     Senior United States District Judge