UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                                                Case No: 19-20128

    v.

                                                Hon. Mark A. Goldsmith

Tara Lynn Lee,

        Defendant.

_____/

**ORDER GRANTING GOVERNMENT'S
MOTION TO SEAL EXHIBIT**

The Court, having considered the government's motion to submit an exhibit under seal (ECF No. 171), HEREBY ORDERS that Exhibit A, Compassionate Release Victim Impact Statements, shall be filed under seal.

Dated: April 22, 2025                            s/Mark A. Goldsmith
                                                      Mark A. Goldsmith
                                                      U.S. District Judge